JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VARTAN ANTONYAN, | ) | Case No.: CV 12-1510 DSF (Ex) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| CLIENT SERVICES, INC., | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed after a motion for judgment on the pleadings, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.[1]

Dated: 4/10/13

Dale S. Fischer
United States District Judge

---

[1] The Court previously ordered Plaintiff's counsel to pay sanctions to Defendant. As this was a sanction against counsel, not Plaintiff, and was final and appealable at the time it was entered, it is not included in this judgment.